AO 91 (Rev. 3/99) Criminal Complaint

# UNITED STATES DISTRICT COURT
US MAGISTRATE COURT
GRG-SDTX
FILED

## SOUTHERN DISTRICT OF TEXAS

OCT 03 2014

David J. Bradley, Cler..
Laredo Division

UNITED STATES OF AMERICA

V.

Pedro RODRIGUEZ III
Laredo, Texas

**CRIMINAL COMPLAINT**

CASE NUMBER: 5:14-MJ-1280

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 02, 2014 in Webb County, in the Southern District of Texas, defendant

**after being convicted in a court of law for a felony crime punishable by imprisonment for a term exceeding one year, illegally possessed a firearm that had previously traveled in and affected interstate commerce,**

**knowingly and unlawfully possess with the intent to distribute a controlled substance listed under Schedule I, Title I, of the Controlled Substances Act, to wit, approximately 19.0 grams of cocaine, 0.90 grams of black tar heroin, 8.8 grams of methamphetamine and 3.3 grams of crack cocaine,**

in violation of Title **18** United States Code, Section **922(g) (1)**.
in violation of Title **21** United States Code, Section **841(a) (1)**.

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

On October 02, 2014, Agents with ATF, DEA and Officers with the Laredo Police Department attempted to execute a Federal Search Warrant at the residence of Pedro RODRIGUEZ III W/M, DOB:
. As Agents proceeded to the residence, they encountered RODRIGUEZ III getting into a motor vehicle. Upon seeing Agents and Officers, RODRIGUEZ III began to evade from Officers in a high speed pursuit at which time he was seen throwing narcotics from the moving vehicle while marked Laredo Police Department patrol units attempted to stop him. Officers later recovered approximately 19.0 grams of cocaine, 0.90 grams of black tar heroin, 8.8 grams of methamphetamine and 3.3 grams of crack cocaine. Once RODRIGUEZ III was in custody, Agents executed the search warrant at his residence. During the course of the search, agents recovered a loaded Berretta, 9 mm pistol, Model: 92FS, SN#: BER198794; a Colt, .45 caliber pistol, Model: MK IV Series 80, SN#: FA13882, numerous rounds of ammunition from assorted manufacturers and calibers and firearms cleaning equipment. Agents interviewed RODRIGUEZ III's girlfriend, who was identified as Elizabeth Annette Abrego, who stated that the she witnessed RODRIGUEZ III in possession of the Berretta, 9 mm pistol, Model: 92FS, SN#: BER198794 approximately three days prior within the residence. Records checks revealed that RODRIGUEZ III was previously convicted out of the 406th Judicial District, District Court, Webb County, Texas Cause Number: 2011CRD000333-D4 for Possession of a Controlled Substance-Cocaine. The above-mentioned firearms were examined and it was determined that both had previously traveled in and affected interstate commerce.

Continued on the attached sheet and made a part hereof: ☐ YES ☒ NO

ATF Special Agent John Lora
Signature of Complainant

Sworn to before me and subscribed in my presence,
and I find probable cause.

October 02, 2014 at Laredo, Texas
Date City and State

Guillermo R. Garcia, United States Magistrate Judge
Name and Title of Judicial Officer         Signature of Judicial Officer