United States District Court
Southern District of Texas
FILED
DEC 1 0 2014
CLERK OF COURT
LAREDO DIVISION

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 14-CR-937 |
| PEDRO RODRIGUEZ, III | § | |

## PLEA AGREEMENT - ADDENDUM

I have fully explained to Defendant his/her rights with respect to the pending INDICTMENT. I have reviewed the provisions of the United States Sentencing Commission's Guidelines Manual and Policy Statements and I have fully and carefully explained to Defendant the provisions of those Guidelines which may apply in this case. I have also explained to Defendant that the Sentencing Guidelines are only advisory and the court may sentence Defendant up to the maximum allowed by statute per count of conviction. Further, I have carefully reviewed every part of this plea agreement with Defendant. To my knowledge, Defendant's decision to enter into this agreement is an informed and voluntary one.

_____    _____
Attorney for Defendant                               Date

I have consulted with my attorney and fully understand all my rights with respect to the INDICTMENT pending against me. My attorney has fully explained and I understand all my rights with respect to the provisions of the United States Sentencing Commission's Guidelines Manual which may apply in my case. I have read and carefully reviewed every part of this plea agreement with my attorney. I understand this agreement and I voluntarily agree to its terms.

_____    _____
PEDRO RODRIGUEZ, III                              Date
Defendant